## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NANCY ANN WHITAKER | ) Case No. 18-80558-JJG-7A |
|    Debtor. | ) |
| | ) |
| LOU ANN MAROCCO, TRUSTEE | ) |
|    Plaintiff, | ) Adversary No. 20-58006 |
| vs. | ) |
| ZACHARIAH GIBSON | ) |
|    Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Come now plaintiff, Lou Ann Marocco, the chapter 7 trustee for the bankruptcy estate of Nancy Ann Whitaker ("Plaintiff"), by counsel, Joseph L. Mulvey, and defendant, Zachariah Gibson ("Defendant"), by counsel B. Scott Skillman, and hereby stipulate to the dismissal of the above-captioned adversary proceeding *with prejudice*, all costs paid, as same has been fully settled and compromised.

Respectfully submitted,

| MULVEY LAW LLC | SKILLMAN DEFENSE FIRM |
|---|---|
| */s/ Joseph L. Mulvey* | */s/ B. Scott Skillman* |
| Joseph L. Mulvey #30052-49 | B. Scott Skillman #13771-49 |
| 133 W. Market Street, No. 274 | POB 9481 |
| Indianapolis, IN 46204 | Terre Haute, IN 47808-9481 |
| Telephone: (317) 721-1339 | Telephone: (765) 780-7545 |
| Email: joseph@mulveylawllc.com | Email: skillmandefensefirm@gmail.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was filed electronically on the 17th day of May, 2021, via the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/ Joseph L. Mulvey
                Joseph L. Mulvey

MULVEY LAW LLC
133 W. Market St., #274
Indianapolis, IN 46204
(317) 721-1339

2